UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,　　　　　)　　Case No. CR - 11- 0766 - SBA
　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　)　　STIPULATED ORDER EXCLUDING TIME
　　　v.　　　　　　　　　　　　　　　)　　UNDER THE SPEEDY TRIAL ACT
　　　　　　　　　　　　　　　　　　　)
Taronta Greely　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　)

FILED
OCT 24 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

For the reasons stated by the parties on the record on October 24, 2011, the Court excludes time under the Speedy Trial Act from October 24, 2011 to November 14, 2011 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
　　　*See* 18 U.S.C. § 3161(h)(7)(B)(i).

____ The case is so unusual or so complex, due to [*check applicable reasons*] ____ the number of
　　　defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact
　　　or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
　　　itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
　　　taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
　　　counsel's other scheduled case commitments, taking into account the exercise of due diligence.
　　　*See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time
　　　necessary for effective preparation, taking into account the exercise of due diligence.
　　　*See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 10-24-11

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**STIPULATED:** _____　　_____
　　　　　　　　　Attorney for Defendant　　　　　　　　　　Assistant United States Attorney