1  BARRY J. PORTMAN
Federal Public Defender
2  JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3  555 - 12th Street
Suite 650
4  Oakland, CA 94607-3627
Telephone:  (510) 637-3500
5
Counsel for Defendant Greely
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )    No. 11-00766-SBA
                                        )
12                     Plaintiff,       )     ORDER OF CONTINUANCE AND
                                        )    EXCLUSION OF TIME UNDER THE
13  vs.                                 )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
                                        )    SEQ.
14  TORONTA GREELY,                     )
                                        )
15                     Defendant.       )
    _____)

16

# ORDER

17

        Based on the reasons provided in the stipulation of the parties above, the court hereby

18  FINDS:

19      1.  The ends of justice served by the granting of the continuance from the date of this

20  Order until February 22, 2012 outweigh the best interests of the public and the defendant in a

21  speedy and public trial because time is needed by the parties for participation in the Presentence

22  Investigation.

23      2.  The proposed plea agreement is being submitted to the court and will be under

24  advisement by the Court.

25      3.  Given the preparation of counsel and the Court's consideration of the proposed plea

26

1

1   agreement, additional time is needed for effective preparation of counsel and consideration of the

2   plea agreement by the court.

3         Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

4   speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h) (7)(A) and (B)(iv) from the date of this

5   Order until February 22, 2012.

6         IT IS FURTHER ORDERED that a CHANGE OF PLEA/SENTENCING HEARING be

7   scheduled for February 22, 2012 at 10:00 a.m., before the Honorable Saundra Brown Armstrong.

8

9   DATED:12/7/11

10                                    _____
                                      HON. SAUNDRA BROWN ARMSTRONG
11                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2